### UNITED STATES DISTRICT COURT
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Kenya Taylor

                          Plaintiff,

v.                                                        Case No.: 1:08–cv–04375
                                                          Honorable Suzanne B. Conlon

Aid Associates, Inc.

                          Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 7, 2008:

        MINUTE entry before the Honorable Suzanne B. Conlon: Status hearing set for
9/4/2008 at 09:00 AM. At the status hearing, the parties are to report on the following: 1.
Possibility of settlement in the case; 2. If no possibility of settlement exists, the nature and
length of discovery necessary to get the case ready for trial. Plaintiff is directed to advise
all other parties of the courts action herein and to forward a copy of the courts procedure
guidelines to defendant(s). The standing order on case management procedures is
available on the courts website at www.ilnd.uscourts.gov/JUDGE/CONLON/sbcpage.htm
or can be picked up from the courtroom deputy in room 1744.Notices mailed by Judicial
Staff. (wyh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.