UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kenya Taylor | CASE NO.: 1:08-cv-04375 |
| Plaintiff, | JUDGE: Conlon |
| v. | |
| Aid Associates, Inc. | **NOTICE OF PRESENTMENT OF PLAINTIFF'S MOTION TO CONTINUE THE INITIAL STATUS HEARING** |
| Defendant. | |

To: Aid Associates, Inc.
370 Seventh Ave., Ste 1200
New York, New York 10001

PLEASE TAKE NOTICE that on Wednesday, August 20th, 2008, at the hour 9:00am, or as soon thereafter as counsel may be heard, I shall appear before Judge Suzanne B. Conlon, or any judge sitting in her stead, at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, Courtroom 1743, and then and there present **PLAINTIFF'S MOTION TO CONTINUE THE INITIAL STATUS HEARING**, a copy of which is served upon you.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: s/Timothy J. Sostrin
Timothy J. Sostrin
Bar ID # 6290807
233 S. Wacker
Sears Tower, Suite 5150
Chicago, IL 60606
Telephone: 866-339-1156
Email: tjs@legalhelpers.com
Attorneys for Plaintiff

1

## **CERTIFICATE OF SERVICE**

     I hereby certify that on August 13, 2008, I served Defendant with a copy of the foregoing Notice of Motion by depositing a copy of the same in the United States Mail, addressed as follows:

Aid Associates, Inc.
370 Seventh Ave., Ste 1200
New York, New York 10001