# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4375 | **DATE** | 8/20/08 |
| **CASE TITLE** | KENYA TAYLOR vs. AID ASSOCIATES, INC. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to continue the initial status hearing [7] is denied.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|

Case 1:08-cv-04375   Document 9   Filed 08/20/2008   Page 1 of 1

08C4375 KENYA TAYLOR vs. AID ASSOCIATES, INC.                    Page 1 of 1