# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Kenya Taylor | CASE NO.: 1:08-cv-04375 |
| Plaintiff, | JUDGE: Conlon |
| v. | |
| Aid Associates, Inc. | **NOTICE OF DISMISSAL** |
| Defendant. | |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action with prejudice pursuant to Fed. R. 41(a)(1)(A)(i). This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: s/Timothy J. Sostrin
　　Timothy J. Sostrin
　　Bar ID # 6290807
　　233 S. Wacker
　　Sears Tower, Suite 5150
　　Chicago, IL 60606
　　Telephone: 866-339-1156
　　Email: tjs@legalhelpers.com
　　Attorneys for Plaintiff

1

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 3, 2008, I served Defendant with a copy of the foregoing Notice by depositing a copy of the same in the United States Mail, addressed as follows:

Aid Associates, Inc.
370 Seventh Ave., Ste 1200
New York, New York 10001