# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4375 | **DATE** | 9/4/2008 |
| **CASE TITLE** | KENYA TAYLOR vs. AID ASSOCIATES, INC. | | |

**DOCKET ENTRY TEXT**

The plaintiff has filed a voluntary dismissal. The case is dismissed.

*[Signature: Suzanne B. Conlon]*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|